```
             IN THE UNITED STATES DISTRICT COURT
            FOR THE NORTHERN DISTRICT OF ALABAMA
                       MIDDLE DIVISION
```

HENRY C. SMITH,                }
                               }
    Petitioner,                }
                               }      CIVIL ACTION NO.
v.                             }      4:14-cv-1300-WMA
                               }
STATE OF ALABAMA,              }
                               }
    Respondent.                }

## MEMORANDUM OPINION

Although petitioner, Henry C. Smith, has filed no objections to the report and recommendation submitted by the magistrate judge, the court nevertheless has given a *de novo* review to the matters presented. Finding that the report and recommendation is correct, the court hereby ADOPTS the report and recommendation as the opinion of the court. A separate order of dismissal will be entered.

DONE this 6th day of October, 2014.

_____
WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE